UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,        :

                                          :

                        :         15 Cr. 608 (KPF)

                v.            :

                        :         <u>ORDER</u>

STEVEN BROWN, *et al.*,       :

                        :

             Defendants. :

                        :
--------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

On March 29, 2019, the Government filed a letter requesting a trial in late October 2019, a request to which Defendants consent.  (Dkt. #307).  Due to the Court's schedule and the proposed four-week trial date, the Court has endeavored to find a time that works for all parties and the Court.  Accordingly, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on September 30, 2019, at 9:00 a.m.;

- The parties' respective requests to charge, proposed voir dire questions, and any motions in limine will be due September 2, 2019;

- Any opposition papers will be due September 9, 2019;

- The final pretrial conference will be scheduled for September 16, 2019, at 10:30 a.m., in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Government's disclosure of material under 18 U.S.C. § 3500 will be governed by the schedule set forth at the conference.

In accordance with the proposed trial schedule and the parties' proposed briefing schedule, the Court provides the following schedule for motion briefing.

- Defense motions shall be due July 3, 2019

- Government responses shall be due July 31, 2019

- Defense replies, if any, shall be due August 14, 2019;

- The motion conference and hearing, if necessary, shall be on August 26, 2019, at 10:30 a.m., in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Court finds that exclusion of time, pursuant to 18 U.S.C. § 3161(h), from the date of this Order until the trial date, is in the interest of justice and outweighs the best interest of the public and the Defendant in a speedy trial, in order to allow the Government and defense counsel to prepare for trial.

The Clerk of Court is directed to terminate Docket Entry 307.

SO ORDERED.

Dated:     April 22, 2019
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2