# LAW OFFICES OF LORI COHEN, ESQ.
*A Professional Corporation*

MEMO ENDORSED

<u>VIA ECF</u>

15 November 2019

Hon. Katherine P. Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                        Re: *United States v. Steven Brown*
                            15 CR 608 (KPF)

Dear Judge Failla:

    I represent Mr. Brown in the matter set forth above. This case is currently scheduled for sentencing on December 4th at 3:30pm. I write to request the Court change the date of the sentencing proceeding to February 10, 2020 at 3:30pm.

    In an effort to provide the Court with a full understanding of Mr. Brown, I have subpoenaed certain materials. I have received most, but not all of those materials. Hence, I would like to adjourn the sentencing in order to provide additional time to receive the information. I have consulted with the Government and they have no objection to this request.

    Therefore, I would request that that the Court adjourn Mr. Brown's sentencing to February 10, 2020 at 3pm.

    Thank you for your time and consideration.

                                        Yours sincerely,

                                        *Lori Cohen*
                                        Lori Cohen

cc: Jessica Lonergan, Maurene Comey, AUSAs

Application GRANTED.  The sentencing originally scheduled for December 4, 2019, is hereby ADJOURNED to February 10, 2020, at 3:30 p.m.

Dated:   November 15, 2019        SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE