# LAW OFFICES OF LORI COHEN, ESQ.
*A Professional Corporation*

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Katherine P. Failla    2 January 2020
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Steven Brown*
     15 CR 608 (KPF)

Dear Judge Failla:

I represent Mr. Rambert in the matter set forth above.  I write to request a second adjournment of Mr. Brown's sentence, currently scheduled for February 10, 2020.

I am scheduled to have a surgical procedure on February 3rd that will require a hospital stay and some additional post-operative treatment.  I have discussed this matter with my client, who consents to the adjournment.  I also advised the government of this request and they have no objection to the adjournment.

Therefore, I am requesting that this matter be adjourned for sentence to Tuesday, March 31st at 3pm.  I appreciate the Court's courtesy.

Yours sincerely,

*Lori Cohen*

Lori Cohen

cc:  Jessica Lonergan, AUSA

145 Hudson Street, Suite 5C, N.Y., N.Y.  10013    p:212-431-1228   f:212-307-0187   *locohen@aol.com*

Application GRANTED.

Dated: January 3, 2020  
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE