UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 15 Cr. 608-12 (KPF) |
| STEVEN BROWN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

There is currently a sentencing scheduled in this action for August 27, 2020. The Court hereby ADJOURNS that sentencing to September 3, 2020, at 3:00 p.m.

SO ORDERED.

Dated: June 1, 2020
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge