UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>STEVEN BROWN,<br>                    Defendant. | 15 Cr. 608-12 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

There is currently a sentencing scheduled in this action for September 3, 2020. The Court hereby ADJOURNS that sentencing to November 5, 2020, at 11:00 a.m.

SO ORDERED.

Dated: August 17, 2020
       New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge