UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>STEVEN BROWN,<br><br>                      Defendant. | 15 Cr. 608-12 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    There is currently a sentencing scheduled in this matter for May 6, 2021. Due to constraints occasioned by this District's centralized scheduling system for remote criminal proceedings, the Court must adjourn Defendant Brown's sentencing. The sentencing is hereby ADJOURNED to June 29, 2021, at 9:00 a.m. The proceeding will take place by videoconference, and instructions for accessing the conference will be provided to the parties separately.

    SO ORDERED.

Dated:  April 27, 2021
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge