


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2021

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

>      Re:   **United States v. Steven Brown**,
>            S12 15 Cr. 608 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter to request an additional week to provide the Court with the witness list for the *Fatico* hearing scheduled in this case for August 23, 2021. The parties are currently discussing the scope of the hearing and whether a hearing will still be necessary. An additional week will allow the parties to complete these discussions, at which time the Government will either provide the Court with a witness list and a summary of the witnesses' expected testimony, or advise the Court that a hearing is no longer needed. Defense counsel consents to the Government's request.

>                     Respectfully submitted,
>
>                     AUDREY STRAUSS
>                     United States Attorney
>
>
>
>      By:  /s/ Jason M. Swergold
>                     Maurene Comey
>                     Jason M. Swergold
>                     Assistant United States Attorneys
>                     Southern District of New York
>                     (212) 637-2324
>                     (914) 993-1963

cc:      Counsel of record (via ECF)

1