UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>STEVEN BROWN,<br><br>                              Defendant. | 15 Cr. 608-12 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received a request from Defendant Brown to adjourn the *Fatico* hearing scheduled for August 23, 2021, to allow the parties additional time to review relevant materials and to prepare for the hearing. The Court hereby GRANTS Defendant Brown's request, and ADJOURNS the hearing scheduled for August 23, 2021, *sine die*.

SO ORDERED.

Dated: August 18, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge