UNITED STATES DISTRICT COURT
for the Southern District of New York

UNITED STATES OF AMERICA,
    Respondent

    v.                                      Case No.: 15-cr-00608-KPF-12

STEVEN BROWN,
    Petitioner

Motion for Compassionate Release
Pursuant to 18 U.S.C. §3582(c)(1)(A)(i)

NOW COMES Steven Brown, Petitioner in the above captioned matter, respectfully requesting this Court grant him a reduction in sentence. Petitioner asserts he is the only available caregiver for his ailing mother. He also asserts an honest evaluation of his §3553(a) sentencing factors demonstrate relief is appropriate. In support of these assertions, Petitioner states as follows:

## I – Pro Se Status

Courts have long recognized that pleadings of pro se litigants must be granted a liberal construction and held to a less stringent standard than those drafted by a trained attorney. Haines v. Kerner, 404 U.S. 519, 520 (1972) and Harris v. Mills, 572 F.3d 66, 72 (2nd Cir, 2009) and Triestman v. BOP, 470 F.3d 471, 474 (2nd Cir, 2006). Courts are obligated to broadly construe these filings and infer all of the arguments the writing reasonably suggests. Petitioner takes this opportunity to remind the Court of his pro se status and requests a liberal

Page 1 of 14

interpretation of this motion "however inartfully pleaded". Kerner, supra at 520.

## II - Legal Standard

Ordinarily, courts are prohibited from reducing or modifying a sentence of incarceration after it has been imposed. See 18 U.S.C. §3582(c) and Freeman v. United States, 564 US 552, 526 (2011). But Congress has recently carved-out a narrow exception. Commonly referred to as "compassionate release", a federal court may reduce a sentence if three specific requirements are met. First, an inmate must demonstrate he has exhausted the administrative requirement of §3582(c)(1)(A). United States v. Saldino, 7 F.4th 120, 124 (2nd Cir. 2021). Second, the inmate must demonstrate that the "extraordinary and compelling" circumstances warranting a reduction of sentence "would not simply constitute a second-guessing of the sentence previously imposed." United States v. Keitt, 21 F.4th 67, 71 (2nd Cir, 2021). Third, the sentencing court must give due consideration to the factors found at §3553(a) and determine whether the inmate poses any danger to the community. United States v. Pena, 2023 US Dist. LEXIS 57059 at *4-5 (SDNY, 3/31/23).

Prior to 2018, only BOP officials could make formal requests for sentence reductions. United States v. Johnson, 2023 US Dist. LEXIS 72906 at *18 (EDNY, 4/25/23). But with the advent of the First Step Act, inmates may now make such a motion themselves. Although the U.S. Sentencing Commission has promulgated guidelines for compassionate release, the Second Circuit has been abundantly clear that sentencing courts have broad discretion to

determine what constitutes "extraordinary and compelling" circumstances. United States v. Brooker, 976 F.3d 228, 237 (2nd Cir, 2020). Indeed, courts may consider the "full slate of extraordinary and compelling reasons that an imprisoned person may bring before it" and are not limited to those reasons listed in the Sentencing Guidelines. Id. That said, the Guidelines still may be looked to for guidance on such motions. United States v. Rodriguez, 2020 US Dist. LEXIS 241810 at *7 (SDNY, 12/23/20). Moreover, rehabilitation alone may not be considered an extraordinary and compelling reason for a reduction in sentence. Brooker, 976 F.3d at 237-8 quoting 18 U.S.C. §994(t).

### III - Argument

Petitioner's mother is gravely ill. Currently, she does not have anyone living with her and no other family member is willing to serve as a caregiver. Petitioner believes these circumstances rise to the level of extraordinary and compelling as defined at U.S.S.G. §1B1.13(b)(3)(C). He also believes an honest evaluation of the §3553(a) sentencing factors demonstrates granting relief would be an appropriate exercise of judicial discretion.

A - Administrative Exhaustion: Before they are permitted to file a motion for compassionate release, inmates must first submit a written request to the warden of their current correctional facility. 18 U.S.C. §3582(c)(1)(A). A motion by the inmate may be filed no sooner than 30 days after the warden receives that written request. See United States v. Lewis, 2023 US Dist. LEXIS 143722 @4-5 (SDNY, 10/29/23). A petitioner bears the burden of demonstrating he has exhausted this administrative

requirement. United States v. Ebbers, 432 F.Supp. 3d 421, 426 (SDNY, 2020).

Here, Petitioner submitted a written request to the Warden of FCI Fort Dix on January 26, 2024. See "Exhibit A". Because more than 30 days have elapsed since the submission of that request, this motion is now properly before this court.

B - Petitioner's Extraordinary and Compelling Circumstances:

When inmates seek compassionate release based on "family circumstances", they are required to meet a high burden. They must first demonstrate he "has a close family member who is completely unable to care for themselves." United States v. Lisi, 440 F.Supp. 3d 246, 252 (SDNY, 2020). Second, the petitioner must demonstrate he is the only person willing or able to serve in the capacity of caregiver. Id. Here, Petitioner can meet both of these required showings.

i. Roxie Ware-Brown's Chronic Pain: Petitioner's mother, Roxie, is 81-years old and lives alone in Florida. Her life is one of constant pain due to her battle with Multiple Myeloma, also known as Kahler's Disease. Kahler's is a very rare form of blood cancer in which plasma white blood cells fail to die and instead begin replicating uncontrollably. That reproduction creates an abnormal "M-protein", the build-up of which destroys the body's immune system.

There is no cure for Kahler's Disease and its effects are devastating.

One consequence for patients suffering from Kahler's, like Roxie, is Osteonecrosis, the death of bone tissue due to the lack

Page 4 of 14

of blood supply. Roxie has already experienced this in her jaw, where her jaw bone erupted through her gums. But Osteonecrosis may damage any part of Roxie's skeleton. At any time, the death of bone tissue can cause a bone to fracture or break: an arm, a hip, a collarbone.

According to the Mayo Clinic, the average life-expectancy of a person diagnosed with Kahler's disease is five-years. Roxie, fiercely independent and full of hope she will see her son before she dies, has fought for eight-years. Her pharmacological regimen has helped to prolong her struggle but, unfortunately, she is quickly running out of options.

As supported by the medical records in "Exhibit B" (clinic notes by Dr. Rene Cabeza, Roxie's oncologist) since 2016 Roxie's doctors have experimented with different combinations of drugs to manage Roxie's cancer. Each new combination led to improvement, for a time, but the cancer always adapted and multipled. For example, from October 2016 to November 2017, a combination of Velcade, Revlimid, and Dexamethasone helped to lower Roxie's immunoglobin levels (Reported as IgA, further described below) from 6,700 to 1,000 Mg/dL. But a year later, Roxie's cancer adapted and fought back. Her immunoglobin rose to 1,559 and her doctors added Daratumtmab and Pomalyst. Ten-months passed and her regimen required further changes. Elotuzumab replaced Daratumumab. For three-years, including during the time of Petitioner's sentencing for the instant offense, Roxie appeared to be on the rebound, with IgA levels between 700-500. But now, Roxie faces a resurgent cancer and a lack of options.

Her doctors changed her medicines to Melphalon, Prednisome, Bortezomib, and Zolendronic Acid. The best treatment option is a bone marrow transplant, but Roxie's Osteonecrosis eliminates that option because she lacks the strength to survive such an invasive procedure. Though some treatments lowered Roxie's IgA levels, by comparison a healthy person's immunoglobin level is typically between 80-350 Mg/dL. At her best, Roxie's IgA level hit 444 (Dec. 2021). High-levels of immunoglobin indicate a failure of one's immune system. Roxie's time is now short.

ii. The Devastating Consequences of Kahler's Disease and its Treatment: Petitioner comes before this Court seeking compassionate release in order to care for his mother in the final stages of her life. Roxie is unable to care for herself due to the cancer's continuous progression and the extreme side effects of her medication. Multiple Myeloma destroys white blood cells inside the bone marrow. This creates chronic pain and fatigue. Imagine the pain of Roxie's bones being eaten from the inside out. As the bone structure weakens, Osteonecrosis sets in. The death of the bone tissue causes bones to become weak and brittle. Simple activities, such as standing-up, can lead to a broken hip or leg. Any kind of physical impact can shatter a bone. Daily living becomes dangerous. To treat her blood cancer, Roxie's oncologist prescribed a cornucopia of different drug combinations, the side effects from which are almost as bad as the cancer itself.

By Petitioner's count, Roxie has been on at least eleven different cancer drugs. Petitioner lists some of the side effects

Roxie experienced herein in order to fully inform this Court of the nature of her suffering and the reasons why she needs him to provide daily care. For example, her first regimen consisted of Velvade, Revlimid, Dexamethasone, and Zometa (see Attachment B entry for 11/16/16). These drugs, according to information found on mayoclinic.com, cause rash, hypotension, diarrhea, headache, dizziness, swelling of the limbs, heart failure, blood clots, reduced thyroid function, blurred vision, numbness of one's limbs, anxiety and depression, bone and joint pain, back pain, and chronic cough. By all accounts, Roxie only experienced the "minor" side effects of these medications between 2016 and 2017: fatigue, diarrhea, headache, dizziness and blurred vision, increased bone, back and joint pain. She luckily avoided heart failure and blood clots.

But as her cancer adapted, her drug regimen changed. With such changes even more side effects presented themselves. First Pomalyst added increased fatigue, weakness of limbs, and shortness of breath (Pomalyst and Pomalidomide added on or around Dec-Jan. 2018). Then Elotuzumumab, prescribed in 2021, caused Roxie to lose her appetite. Melphalan and Prednisone, prescribed in 2022, caused hair loss, nausea, increased diarrhea, and risk of serious bone fractures. A year later, Bortezomib and Zolendronic acid were added. This caused headaches, muscle pain, and vertigo.

The common thread running through all these medications is increased pain and weakness. Roxie cannot care for herself because every movement brings severe pain: in her bones, joints,

back, muscles. And every movement also brings the risk of a fracture to a hip, wrist, arm. Simple, everyday tasks become dangerous: grocery shopping a potential disaster, rushing to the bathroom due to diarrhea an exercise in self-torture. Maintaining her home, from simple household chores to finding the energy to pay her bills, becomes excruciatingly difficult.

iii. Petitioner is the sole available caregiver for Roxie Ware-Brown: Roxie has no living siblings. Petitioner is the only available, viable caregiver. Petitioner has a brother, but he is a former drug addict, is transient with no permanent address, and has been estranged from Petitioner and Roxie for many years. He is both unsuitable and unfit to care for Roxie.

Nor can Roxie obtain home healthcare. She has no long-term disability insurance. Medicare does not cover non-hospice level home care, and the average cost of a private provider of home care in Florida is $28-32.00/hour. For a 24/7 client such as Roxie, the cost would equal approximately $61,320.00 per year.

Private assisted living is also cost-prohibitive. In Florida, assisted living charges approximately $4,371.00 per month according to the website "A Place for Mom" (aplaceformom.com last accessed 4/2/24). The annual $52,452.00 bill, though less expensive than home care, is still too costly for Roxie.

Should this Court deny Petitioner's request for compassionate release only one outcome will result: Roxie will die alone. Either in her home or in a depressing Medicare-funded nursing home, neither son by her side. She will either pass in

extreme pain due to her cancer, or delirious due to a morphine drip.

But, should this Court recognize the merits of compassionate release Petitioner puts forth herein, and grant Roxie the mercy of Petitioner's immediate release, she can spend her last few months in the company of her son. She will be loved and cared-for. She will not die alone.

C - Petitioner's Sentencing Factors Support Relief: As this Court is well aware, a careful consideration of the §3553(a) sentencing factors is important when considering whether to grant relief under §3582. Keitt, 21 F.4th at 71. Petitioner is cognizant that because those factors are first considered at the original sentencing, the inquiry here is primarily whether "circumstances are so changed ... that it would be equitable to continue the confinement of the prisoner." United States v. Haynes, 2023 US Dist. LEXIS 204828 at *3 (WDNY, 11/15/23) quoting United States v. Ebbers, 432 F.Supp. 3d 421, 430 (SDNY, 2020) (alteration in original). When coupled with the idea that post-sentencing conduct affects this consideration, see Pepper v. United States, 562 US 476, 491 (2011), he humbly suggests the sentencing factors weigh in favor of granting this request.

When Petitioner was originally sentenced in December, 2022, the Court generally took a positive view of his conduct thus far while incarcerated. See Sent. Trans., p. 60. Since that date, this positive trend has continued. He has maintained clear conduct. See "Exhibit C", p. 5. He has continued to program. He has maintained close contact and communication with his family,

especially his mother who is ill and his children who he's trying to actively parent despite his incarceration. In short, he has continued the positive trend already acknowledged by the Court.

But here, that is not the real question. The true inquiry is whether his sentence should be reduced to reflect serious changes in circumstances or, put another way, whether the current sentence still satisfies our shared definition of justice.

Petitioner does not dispute that what he did was wrong. He continues to accept responsibility for his actions and acknowledges how his choices have affected others. But in instances like this it becomes incumbent upon all parties to question whether this lengthy period of incarceration is still "sufficient but not greater than necessary." Yes, what Petitioner did over the course of his criminality was serious but he has now been incarcerated for more than 15 years. This Court has already acknowledged the great strides he has made toward rehabilitation. He continues to maintain his focus on putting that part of his life behind him, moving forward to be a caregiver to his mom, a father to his children, and a respected mentor in his community. Yet he cannot do those things from behind a prison wall.

If there is one common belief in our American justice system it is the idea of redemption, that people can change and one day no longer be judged by their worst moment. In recognizing that shared belief, courts craft sentences to ensure justice does not shade into vengeance, that punishment ultimately lies within that liminal space between retribution and leniency. That said, if we acknowledge how far Petitioner has come since his days running

the streets, if we recognize he is a fundamentally different person than he was in 2009 and that by the BOP's own metric is unlikely to recidivate, than in what way is another 13 years of incarceration necessary to meet the goals of sentencing?

The nature and characteristics of both the offense and Petitioner have not changed. They still militate in favor of a downward departure. A decade and a half of incarceration is a significant period of time and still adequately reflects the seriousness of the offense. Given Petitioner's outstanding strides towards rehabilitation and the extraordinarily painful condition of his mother who desperately needs a caregiver, a reduction here would not take away from the seriousness of the offense or in any way promote disrespect for the law. By asking for this reduction, Petitioner recognizes he is requesting something the victim will never have - more time with his family. But the controlling inquiry is whether the goals of sentencing have been achieved. Petitioner humbly suggests they have.

By the government's own metric, Petitioner is unlikely to commit another crime. His record while incarcerated substantially reflects his successful rehabilitation. His mother's increasingly painful cancer diagnosis and her need for a caregiver provides adequate explanation and justification for a reduction in sentence here. In all, the totality of factors relevant to this inquiry militate in favor of reducing Petitioner's sentence to time served so that he can return to his community, care for his dying mother and demonstrate to everyone, this Court especially, that the ends of justice have been met.

Page 11 of 14

D - Petitioner's Release Plan: If released, Petitioner's release plan is robust and realistic. He would first live with his wife, Bernadette Brown, in her home at 1946 Ellis Ave, #1, in the Bronx. Almost immediately, however, he would relocate to Deltona, Florida to live with or near his mother to serve as her primary daily caregiver. Because of his ISSA certification as a personal trainer, he will have no difficulty finding employment in a local gym. This kind of employment will not only provide him the resources he needs to care for himself it will also provide him the flexibility of schedule to ensure he can care for his mother.

This plan is robust for two other specific reasons. First, despite any reduction in sentence, Petitioner will still be under the supervision of the U.S. Probation Office for a lengthy period of time. This 5-year term of Supervised Release will provide him the support he needs to maintain his good conduct and will provide the court an adequate mechanism for oversight to address any infractions and ensure his continued compliance.

More importantly, this planned move is more than 1,000 miles from the New York metropolitan area. This complete removal from the negative influences of his past, coupled with Petitioner's demonstrated rehabilitation, will be a key factor in his continued good conduct and his new focus on bringing his mother a modicum of comfort in the waning days of his life.

IV - Conclusion

Petitioner's mother is in failing health. Her daily life is filled with physical pain. She is unable to carry out basic tasks of self care, and she is likely living on borrowed time. She has no ability to pay for any kind of regular home health aid. The only other adult in her life, Petitioner's brother, is a drifter and an addict, someone incapable of caring for himself let alone another. Petitioner humbly suggests that these facts, especially combined with his significant rehabilitation and a recognition that the goals of sentencing have already been achieved, rise to the level of "extraordinary and compelling" circumstances and warrant a reduction of his sentence to time served.

WHEREFORE all the above mentioned reasons, Petitioner respectfully requests his sentence be reduced to time served and this Court grant any and all other such relief it feels equitable and just.

Respectfully submitted,

Dated: April 30, 2024

Steven C. Brown
Reg. No. 16492-067
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640

## Certificate of Service

I, Steven C. Brown, do hereby certify that on this 30th day of April, 2024 I did serve a true and accurate copy of the above Motion For Compassionate Release to Respondent at 1 St. Andrew's Plaza, New York, NY 10007 via the official Inmate Legal Mail system of FCI-Fort Dix, US First Class mail, postage pre-paid.

_____
Steven C. Brown

"Exhibit A"

MEMORANDUM

To:     R. Thompson, Warden
        FCI-Fort Dix

From:   Steven Carl Brown
        Reg. No. 16492-067
        Unit 5812

----------------------------------

        I write to request a Reduction in Sentence (RIS) as outlined in BOP
Program Statement 5050.50 §5, Death or Incapacitation of Family Caregiver, and
18 USC §3582(c)(1).  My mother currently suffers from Multiple Myeloma/
Plasmacytoma cancer.  Her current diagnosis, progression of her disease, and
her advanced age all combine to severely limit her ability to provide self
care.  No other family members exist who are willing or capable of fulfilling
this role.  A careful and honest evaluation of my sentencing factors supports
my early release and my release plan is robust and realistic.  All of these
considerations suggest granting my request is appropriate.

        A - Legal Authority:  BOP Program Statement 5050.50 makes clear that
requests for a reduction in sentence may be based upon "extraordinary and
compelling circumstances.  Although that term has not been statutorily
defined, its meaning has evolved substantially during the last several years.
With the advent of the COVID-19 pandemic and the numerous collateral
consequences thereof, courts now recognize that "extraordinary and compelling"
circumstances can include more than debilitating medical conditions, imminent
death, or the incapacitation of a care giver.  Indeed, numerous courts across
the country have utilized the compassionate release mechanism to release
inmates who suffer from both debilitating medical conditions and whose
families are burdened with loved ones who require significant care.  This is
another example of that set of circumstances.

        B - Extraordinary and Compelling Circumstances:  I request a reduction
in sentence because my 81 year-old mother suffers from Multiple Myeloma/
Plasmacytoma cancer which has drastically reduced her ability to provide self
care.  She is currently being treated with a combination of medications
including chemotherapy.  But her response to that treatment has varied over
time.  As her body adjusts to each new medication, the cancer adapts and
begins to resist it.  Her lab work shows her to be developing a "resistant
disease" and her treatment, therefore, changes regularly.

        These regular treatment changes wreak havoc with her daily life.  She
sickens easily and is often bed-bound.  She has difficulty moving about the
house and often can not make it to the bathroom in time.  She has difficulty
showering on her own and often needs help preparing meals and maintaining her
home.  Her advanced age and medical conditions now prevents her from driving
so she often cannot even leave her house.  She currently lives alone and no
other family member is available to serve as  a care giver.  Although I do
have a brother, he is an unstable former addict who moves about the country
doing odd jobs.  Neither I nor my mother have had contact with him for years.
Even if he were found, he would be unfit and likely unwilling to serve in this
capacity.  This leaves me the only person available to be a care giver to my
mother.

Page 1 of 2

C - Factors for Consideration:  As you are well aware, post-sentencing conduct is appropriate to consider when evaluating RIS requests. Despite the fact that this particular sentence only dates from 2021, I have been incarcerated in the BOP since 2009.  During that time I have received only a single incident report, a shot for fighting while at MDC-Brooklyn in 2018.  Beyond that I have had clear conduct, a notable achievement given the dangerous facilities in which I have been incarcerated.

I have also demonstrated a clear commitment to my rehabilitation.  I have programmed regularly.  I have earned my GED.  On my own effort I earned a certification as a personal trainer through ISSA.  My PATTERN score reflects I am a "low" risk for recidivism.  In all, these factors weigh in favor of granting my request.

D - Release Plan:  My release plan is robust and realistic.  If released, I would first live with my wife, Bernadette Brown, in her home at 1946 Ellis Ave, #1, in the Bronx.  Very quickly, however, I would relocate to Florida to live near my mother and serve as her care giver.  My wife has already begun searching for homes in that area and I am confident such a move could be accomplished within a matter of weeks.  Using my ISSA certification, I plan to find work as a personal trainer at a local gym.  This employment would provide me both a suitable income to support me and my family and also provide me the flexibility I need to provide the care my mother needs. Although I plan on moving to Florida, I still have a healthy support network of friends and family who are committed to assisting me reintegrate back into society after my release.  All of this helps assure me my return to my community will be a success.

----------------------------

For all of the above reasons, I respectfully request you grant my request for a reduction of sentence pursuant to §5 of Program Statement 5050.50 and submit that request to the US District Court for the Southern District of New York.

Thank you for your prompt attention and careful consideration.

Respectfully submitted,

Steven Carl Brown
Reg. No. 16492-067
Unit 5812

Dated January 26, 2024

Page 2 of 2

"Exhibit B"

**Mid-Florida Hematology Oncology**
805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

Patient Name: **Ware-Brown, Roxie**

Patient Number: **1111113435**

Date: **11/8/2023**

Date Of Birth: **8/10/1943**

**FOLLOW UP VISIT**
**Oncology**
Follow up for evaluation and management of multiple myeloma

**Primary Diagnosis**

| Date | Type | ICD-9 | ICD-10 | Description | Disease Status | Status Date |
|------|------|-------|--------|-------------|----------------|-------------|
| 9/28/2016 | Primary | 280.8 | D50.8 | Other iron deficiency anemias | | |
| 10/10/2016 | Primary | 203.00 | C90.00 | Multiple Myeloma/Plasmacytoma (Plasma Cell Disorders) - (ISS Stage II) Albumin: Unknown; Beta-2 Microglobulin: Unknown; Cytogenetic Risk Status: Unknown; Presence of elevated LDH: Unknown; LDH Measurement: Unknown | Partial Response | 2/27/2018 |
| 10/10/2016 | Secondary | 275.42 | E83.52 | Hypercalcemia | | |

**History of Present Illness**
9/28/16
The patient is a 73-year-old black female referred to this office for evaluation and management of anemia. At present, he does complain of weakness and lack of energy. She visited her Primary Care Physician who found on her blood work a significant decrease in the hemoglobin and hematocrit along with kidney function problems. She has been referred to us for further evaluation. At present, she does complain of weakness, lack of energy, weight loss, excessive daytime sleepiness and lack of concentration. In addition, she is having some difficulties with intermittent cough. The patient does smoke daily and has been doing so for many years. Other than the above she denies any fevers or night sweats. Denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea, vomiting, diarrhea, or genitourinary complaints.

**Interval History**
11/29/2017
Ms. Ware-Brown comes today to the office for evaluation and management of IgM myeloma. At present she complains of some weakness and lack of energy. She continues having intermittently headaches and in addition, she continues having some discomfort in her jaw which is secondary to osteonecrosis.
Her most recent set of laboratory data shows a hemoglobin value of 13.1 and hematocrit of 40.9. WBC and platelet counts are within normal limits. Her chemistry panels are normal. Iron studies, B12 and folate are also normal. The protein studies do show progressive increase in the IgA which was 800 on her last measurement and is up to 1044.
So far, there have been no admissions to the hospital and no significant changes in her medications. Her myeloma treatment is on hold since August of this year. Initially she did have great response but then later on, due to toxicities, medications have been discontinued.

12/20/2017
Ms. Ware-Brown comes today to the office for continuation of treatment with DARATUMUMAB for management of multiple myeloma. At present she complains of some weakness and lack of energy but otherwise she is asymptomatic. So far, she was able to tolerate her first cycle of treatment very well without significant side effects or complications. Her CBC today at the office is within normal limits.

01/24/2018
Ms. Ware-Brown comes today to the office for evaluation and management of multiple myeloma. At present, she complains of

- occasional intermittent headaches but otherwise, she does not have any new symptoms. She is currently being treated with DARZALEX and so far, she is tolerating her treatments very well without significant side effects or complications.
So far, there has been no hospitalizations or significant changes in medications. Continues on the same schedule of pain medications and so far, her discomfort is under control.

2/28/2018
Ms. Ware-Brown comes today to the office for evaluation and management of multiple myeloma. She continues on therapy with DARZALEX and so far she is tolerating her treatments very well without significant side effects or complications. Her most recent set of tests for immunoglobulins date back to January 24th and at that time her IgA was down to 898.
So far, there have been no hospitalizations or significant changes in her medications otherwise . She has not had any new problems with her jaw osteonecrosis problem.

4/4/2018
Ms. Ware-Brown comes today to the office to continue her therapy with DARZALEX for management of multiple myeloma. At present, she is asymptomatic. So far, she has been able to tolerate her previous dose of DARZALEX very well without significant side effects or complications. There have been no hospitalizations or significant changes in her medications. Her most recent protein profile does show a stable M-spike and stable immunoglobulin levels.

5/30/2018
Ms. Ware-Brown comes today to the office for evaluation and management of multiple myeloma. Today, she is due for administration of DARZALEX. Most recent CBC as of the 16th of May is within normal limits and her chemistry panel as of last month was within acceptable limits. So far, there have been no admissions to the hospital or significant changes in her medications.

7/25/2018
Ms. Ware-Brown comes today to the office for evaluation and management of multiple myeloma. She continues on DARATUMUMAB and so far she has been able to tolerate her medications well without significant side effects or complications. Her most recent set of laboratory data dates back to April when she had a protein profile that was stable.
So far there have been no hospitalizations or changes in her medications. Unfortunately, she continues having some difficulties with her jaw secondary to problems with osteonecrosis.

09/19/2018
Ms. Ware-Brown comes today to the office for continuation of her treatment for management of multiple myeloma. At present, she is asymptomatic. She continues tolerating therapy very well without significant side effects or complications.
So far, there have been no hospitalizations or significant changes on her medications.

10/17/2018
Ms. Ware-Brown comes today to the office to continue treatment with DARATUMUMAB. At present she is asymptomatic. The most recent set of laboratory tests on this patient do show she still has an elevated IgA level which is 1559, compared to 1324 on the previous sample on July 25th. There have been no hospitalizations or significant changes in her medication otherwise.
The patient is concerned about receiving a FLU SHOT.

12/12/2018
Ms. Ware-Brown comes today to the office to continue her therapy with DARZALEX for management of multiple myeloma. At present, she does not have any new symptoms. There has been no hospitalizations or changes on her medications. She was able to tolerate her treatment with DARZALEX very well without significant side effects or complications.
Recently, we did have on her protein profile a progressive increase in her IgA and for this reason, we have added POMALIDOMIDE to her therapy.

01/09/2019
Ms. Ware-Brown comes today to the office for evaluation and management of myeloma. At present, she complains of weakness and lack of energy. She continues on therapy with DARATUMUMAB and POMALIDOMIDE. So far, she has been able to tolerate her tablets very well without significant side effects or complications. So far, there has been no hospitalizations or significant changes in her medications.
Her CBC today at the office shows a normal hemoglobin and hematocrit at 12.2 and hematocrit 37.3%. WBC and platelet counts are within acceptable limits.

02/06/2019
Ms. Ware-Brown comes today to the office to continue her treatment with DARATUMUMAB for management of multiple myeloma. At present, she complains of some weakness and lack of energy but otherwise, there are no new complaints. Her most recent set of laboratory data as of January 9, 2019 does show 2 different M-spikes and her total IgA level is down to 1110. At home, she is taking POMALIDOMIDE in addition to the DARATUMUMAB being given at the office.
So far, there has been no hospitalizations or changes in medications. Her CBC today at the office shows a normal hemoglobin and hematocrit.

3/6/2019

Case 1:15-cr-00608-KPF    Document 660    Filed 05/07/24    Page 21 of 44

Ms. Ware-Brown comes today to the office for evaluation and management with POMALYST and DARZALEX and thus far she is tolerating her medications rather well without major side effects or complications. She does complain of some weakness and lack of energy. Her most recent CBC taken today at the office only shows a slight elevation in the platelet count.
So far, there has been no admissions to the hospital or other changes in medications.

### 4/10/2019
Ms. Ware-Brown comes today to the office to continue therapy with DARZALEX for management of multiple myeloma . Her most recent set of laboratory data is quite encouraging, showing a progressive decrease in the IgA level that is now down to 1190. Previous sample in January showed a value of 1910.
At home she continues taking POMALIDOMIDE every day and thus far she is tolerating her medications well without significant side effects or complications.

### 5/8/2019
Ms. Brown comes today to the office to continue her treatment with DARATUMUMAB for management of myeloma. At present she is asymptomatic. There have been no hospitalizations or changes in medications.
Her most recent set of laboratory data as of 4/11/2019 shows a significant improvement in the immunoglobulin A that continues going down and is now 1037.

### 7/10/2019
Ms. Ware-Brown comes today to the office to continue her treatment with DARZALEX for management of multiple myeloma. At present she does not have any new symptoms. She does not have any issues with jaw pain. Her protein profile shows a stable M-spike and no significant increases in the IgA or IgM.

### 10/9/2019
Ms. Ware-Brown comes today to the office to continue treatment with DARZALEX for management of multiple myeloma. At present she complains of some weakness and lack of energy. Her most recent set of laboratory data dates back to July 10th and at that time she did have a significant decrease in her IgA level which is now down to 578. So far she continues tolerating her treatment very well without significant side effects or complications. There have been no hospitalizations.

### 11/6/2019
Ms. Ware-Brown comes today to the office for evaluation and management of multiple myeloma (IgA myeloma). She continues on therapy with DARZALEX and so far continues tolerating her treatments very well without significant side effects or complications. She has had a stable response with no worsening of her IgA levels.
Her most recent set of laboratory data about a month ago, shows a stable IgA at 653 and a GFR of 76.
At present she does not have any new symptoms.

### 1/15/2020
Ms. Ware-Brown comes today to the office to continue treatment with Darzalex. At home she continues taking Pomalidomide every day and thus far she seems to be tolerating her medications well without major side effects or complications. So far there have been no admissions to the hospital or changes in medications otherwise. Her most recent set of laboratory data dates back to November of 2019. At this time there has been a slight increase in the IgA that is now up to 712.

### 01/29/2020
Ms. Ware-Brown comes today to the office for evaluation and management of IgA myeloma. At present, she complains of some aches and pains in her bones and joints but no new symptoms have appeared. There has been no hospitalizations or changes in medications. She recently had a follow up on her serum protein electrophoresis and the results show that she has biclonal IgA protein with kappa specificity with a total of 0.7 on the M-spike. Back in April 2019, she did have 0.8 on her M-spike. Her proteins have been up and down and recently, her IgA has been rising slowly.
Other than the above, there are no other significant anomalies on her blood work.

### 03/11/2020
Ms. Ware-Brown comes today to the office to continue her therapy for management of multiple myeloma. She does have some discomfort in her mouth that is part of her baseline but no new symptoms have appeared. The most recent set of laboratory data as of January 15 shows that she has two different M-spikes of 0.5 and 0.2 and her total IgA is 733 compared to 712 that she had on the previous sample. Her chemistry panel shows a normal creatinine at 0.83 with a GFR of 66.8. Iron content,B12 and folate are normal. Her most recent CBC as of February the 12th was normal.

### 04/08/2020
Ms. Ware-Brown comes today to the office to continue her treatment with DARZALEX for management of multiple myeloma. So far, she continues tolerating her therapy rather well without major side effects or complications. There has been no admissions to the hospital or changes in medications since her last visit to this office. Most recent set of laboratory data dates back to 03/11/2020,and at the time, she did have a normal hemoglobin and hematocrit.Her chemistry panel did show a normal creatinine with a GFR of 60.1. Her IgA level is down to 655.

### 05/06/2020

tolerating her medications well without major side effects or complications. There have been no admissions to the hospital or changes in medications since the last visit. Her IgA level is down to 655 compared to 733 in the previous sample in January. CBC is within normal limits.

Case 1:15-cr-00608-KPF   Document 660   Filed 05/07/24   Page 22 of 44

07/01/2020
Ms. Ware-Brown comes today to the office to continue her treatment with DARZALEX for management of multiple myeloma. At present, she is asymptomatic. There have been no admissions to the hospital or changes in medications since the last visit to this office. Continuation of DARZALEX, tolerating her medications well without side effects or complications and her IgA continues decreasing slowly.

08/26/2020
Ms. Ware-Brown comes today to the office to continue her treatment for multiple myeloma with DARATUMUMAB. At present, she does not have any new symptoms. There has been no new problems in her mouth and there has been no hospitalizations or changes in medications since the last time that she was seen at this office.
Her most recent set of laboratory data shows a stable protein pattern.

09/23/2020
Ms. Brown comes today to the office to continue her treatment with DARZALEX for management of multiple myeloma. At present, she is asymptomatic. So far, there have been no admissions to the hospital or changes in medications since the last visit to this office. Her most recent protein profile dates back to 7/1/2020 and at that time she did not have any significant increase in the M-spikes and her immunoglobulin levels show steady level of IgA at 690.

In reference to her osteonecrosis of the jaw, there have been no further complications. She does have significant abnormalities inside her mouth, but there are no open wounds at this point.

11/18/2020
Ms. Ware-Brown comes today to the office for evaluation and management of multiple myeloma. At present, she does not have any new symptoms. There have been no admissions to the hospital or changes in medications since the last visit to this office. Her most recent set of immunoglobulins show stable amount of immunoglobulin A compared to the previous sample taken about a couple months ago.

There have been no hospitaizations or changes in medications since her last visit.

12/23/2020

Patient comes in today office for continuation of therapy with Darzalex. At present, she does not have any new symptoms. Denies any fever night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea vomiting, diarrhea or genitourinary complaints.

CBC obtained today in the office shows a hemoglobin of 12.2 and hematocrit 39.4. WBC and platelet counts are within normal limits. Chemistry panel shows a GFR of 68.6 secondary to a creatinine value of 0.81. Since our last visit, there has been no measurements in the hospital or changes in medications.

02/17/2021
Patient comes into the office for evaluation and management of multiple myeloma. Continues on therapy with Darzalex and thus far, she has been able to tolerate her treatments very well without significant side effects or complications. There has been no admissions to the hospital or changes in medications since the last visit to this office. Chemistry panel protein profile remains stable.

03/24/2021
Patient comes to the office for continuation of therapy with daratumumab for management of multiple myeloma. At present, she does not have any new symptoms. There has been no admissions to the hospital or changes in medications since her last visit to this office. Most recent laboratory data as of February 17, 2021 shows a hemoglobin of 11.9, hematocrit 37.5%. Chemistry panel was within normal limits. Iron content shows a ferritin of 234, saturation is 18.9%. B12 and folic acid levels are within acceptable limits.

At present, she denies any fever night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea vomiting, diarrhea or genitourinary complaints.

04/21/2021
Patient comes to the office for evaluation management of IgM myeloma. At present, she is being treated with daratumumab /Pomalyst / dexamethasone. Thus far, she seems to be tolerating her medications well without significant side effects or complications. Recently, she had a protein profile unfortunately, the IgA continues to increase.

There has been no hospitalizations or changes in medications since last visit to this office. Other laboratory data is within

acceptable limits. At present, she denies any fever, night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea vomiting, diarrhea or genitourinary complaints. She continues having some difficulties with eating due to osteonecrosis of the jaw but she manages to have adequate caloric intake.

So far, this patient has not had COVID-19 vaccination.

06/16/2021
Patient comes to the office to begin treatment with elotuzumab for management of IgM myeloma. Her most recent set of laboratory data as of 07/01/2020 shows continues increase of her IgA level. She does not have any new symptoms. There has been no admissions to the hospital or changes in medications other than the ones mentioned above. She has not had any problems of frequent or severe infections otherwise.

08/04/2021
Patient comes to the office to continue treatment with Empliciti for management of recurrent/progressive myeloma. Thus far, she seems to be tolerating her medications well without significant side effects or complications. Her most recent set of laboratory data as of the 14th of July shows a significant improvement on the IgA is now down to 466. There has been no hospitalizations or changes in medications since last visit to this office and she continues to tolerate her medications very well without significant side effects or complications.

09/08/2021
Patient comes to the office for evaluation and management of multiple myeloma. Currently, she is on therapy with Empliciti and pomalidomide. Thus far, she seems to be tolerating her medications well without significant side effects or complications. There has been no admissions to the hospital or changes in medications since last visit to this office. Most recent protein profile shows a stable M protein fraction.

10/06/2021
Patient comes to the office for evaluation management of multiple myeloma. Continues tolerating her therapy very well without significant side effects or complications. There has been no admissions to the hospital or changes in medications. Her IgA continues to improve and is now down to 444. Today, she is due for another cycle treatment with Empliciti.

11/03/2021
Patient comes to the office for evaluation and management of multiple myeloma. Continue same therapy with Empliciti without any difficulties. There has been no additions to the hospital or changes in medications. His recent protein profile as of 09/08/2021 shows a stable M spike at 0.4, her IgA is lower at 444 compared to the previous measurement of 502.

At the time of this dictation, patient is awake alert and oriented. She does not have any new or active complaints.

12/01/2021
Patient comes to the office for management of multiple myeloma. Continues on therapy with Empliciti and thus far, she is tolerating her medications well without significant side effects or complications. There has been no admissions to the hospital or changes in medications since last visit to this office. Most recent protein profile as of September of 2021 shows a improving on the IgA which is now down to 444. Her M spike is down to 0.4.

12/29/2021
Patient comes to the office for management of multiple myeloma. Continues in therapy with Empliciti. Continues tolerating her therapy very well without significant side effects or complications. There has been no admissions to the hospital since her last visit to this office. Her chemistry panel and CBC remain within normal limits.

01/26/2022
Patient comes to the office for evaluation and management of multiple myeloma. She continues on the same treatment with Empliciti and tolerating her therapy rather well without significant side effects or complications. Most recent set of laboratory data shows progressive increase on the IgA level and M protein spike of 0.4. There have been no hospitalizations or changes in medications since last visit to this office.

03/09/2022
Patient comes to the office for evaluation and management of multiple myeloma. Continues on therapy with Empliciti and thus far, she is tolerating her medications well without significant side effects or complications. Most recent protein profile as of January of 2022 shows a decrease in the IgA now down to 594. She continues to have monoclonal spikes. There have been no admissions to the hospital or changes in medications otherwise.

04/06/2022
Patient comes to the office for evaluation and management of multiple myeloma. Currently, she does not have any new symptoms. Continues on therapy with Empliciti and thus far, she is tolerating her medications well without any significant side effects or complications. Her most recent myeloma workup shows a steady immunoglobulin a level and normal levels of beta 2 microglobulin.

**05/04/2022**
Patient comes to the office for evaluation and multiple. Continues on therapy with Empliciti and thus far, she is tolerating her treatments well without significant side effects or complications. there has been no recent admissions to the hospital or changes in medications since last visit to this office. Most recent protein profile shows a stable IgA level. There is also a stable M protein level. There is no worsening of her kidney function.

At present, she denies any fever night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea /vomiting, diarrhea or genitourinary complaints.

**7/27/22**
Ms. Ware-Brown is doing fine today. She is currently undergoing treatment with Empliciti and tolerating well. She denies any fever, chills, N/V/D, edema, chest pain, bone pain, abdominal pain, loss of appetite, headaches. She states her energy levels are okay and she is sleeping fine. Labs have been stable with last IgA level of 702 as of 5/04; current labs pending.

**10/12/2022**
Patient comes to the office for evaluation and management of multiple myeloma. At present, she is asymptomatic. Recently, she had treatment for the 1st time with isatuximab for management of her myeloma. Unfortunately, she did develop a reaction to the medication with the 1st infusion and treatment has been discontinued. She recovered from her infusion reaction without any difficulties. At present, she denies any fever night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea /vomiting, diarrhea or genitourinary complaints.

**11/16/2022**
Patient comes to the office for evaluation /management of multiple myeloma. Recently, she did have a bone marrow aspiration and biopsy and the results show 50% plasma cells in the bone marrow. There is no chromosomal alterations at this point.

Currently, patient complains of weakness and lack of energy. She is not taking any active treatment against myeloma. She denies any fever night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea / vomiting, diarrhea or genitourinary complaints. Most recent set of laboratory data as of 10/12/2022 shows a IgA level up to 1428. IgG is decreased at 540.

**1/11/23**
Ms. Ware-Brown is doing fine today. She reports fatigue and decreased energy levels, aside from this she has no other complaints. She denies any chest pain, dyspnea, abdominal pain, N/V/D, hematochezia, fevers chills, changes in vision. She will be starting cycle 1 of Velcade/Darzalex Faspro/Melphalan today. Labs from 11/16 show ferritin of 139, iron sat of 21.9%, B12 of 629, IgA level of 1568, 2 M-spikes of 1.0 and 0.2. CBC today shows WBC of 4.8, Hgb of 11.7, MCV of 99.1.

**03/08/2023**
Patient comes to the office to continue therapy for multiple myeloma with melphalan based chemotherapy protocol. At present, she is asymptomatic. She was able to tolerate her 1st cycle of chemotherapy well without any significant side effects or complications.

At present, she denies any fever night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea/vomiting, diarrhea or genitourinary complaints. The most recent CBC as of February 10th, shows a normal hemoglobin and hematocrit.

**03/08/2023**
Patient comes to the office for evaluation management of his initial thrombocytosis. At present, he continues to be somewhat forgetful. Does not have any active complaints. Most recent CBC shows only a very slight elevation on the platelet count. Continues on B12 injections once a month. Continues on aspirin every day.

Patient is in no acute distress and he denies any fever night sweats, denies any headaches, visual disturbances, chest pain, palpitations, cough, abdominal pain, nausea/vomiting, diarrhea or genitourinary complaints. He does have some significant hearing loss and uses hearing aids.

**04/19/2023**
Patient comes to the office to continue therapy with melphalan/ bortezomib protocol for management of multiple myeloma. Thus far, she seems to be tolerating her medications well without significant side effects or complications and there has been significant decrease in the IgA level on the testing done on March of 2023.
At present, she denies any fever night sweats, denies any headaches, visual disturbances, hearing difficulties, chest pain, palpitations, abdominal pain, nausea/ vomiting, diarrhea or genitourinary complaints.

**5/10/23**
Ms. Ware-Brown is doing well today. She has no new concerns or complaints at this time. She continues treatment with Bortezomib/melphalan and Darzalex Faspro and is tolerating well without significant adverse effects. She denies any fevers, chills, night sweats, abdominal pain, chest pain, dyspnea, N/V/D, recent infections. She states she is still sleeping and eating okay and

has not noticed a change in energy levels. Labs from 4/19 show iron, B12, and folic acid levels WNL. Faint IgA monoclonal protein detected, IgA level at 690 as of 4/21. CBC today shows Hgb of 12.9, MCV of 97.7.

8/02/23
Ms. Ware-Brown is doing fine today. She has no concerns or complaints. She denies any chest pain, abdominal pain, dyspnea, N/V/D, recent infections, fevers, chills, headaches, dizziness. Most recent CBC from 7/19 shows WBC of 6.6, Hgb of 13.2, MCV of 96.0.

11/08/23
Ms. Ware-Brown is doing well today. She reports no new concerns or complaints. She denies any fevers, chills, pain, chest pain, dyspnea, recent infections, abdominal pain, headache. CBC today shows WBC of 6.8, Hgb of 12.6, MCV of 97.9. She is on cycle 7 of treatment with Bortezomib, melphalan, and Darzalex Faspro and tolerating her medications well without significant adverse effects.

## Allergies
No Known Drug Allergies

## Medications
Continued medications: bortezomib 2.5 mg injection powder for solution, Darzalex Faspro 1800 mg-30000 unit/15 mL subcutaneous solution, melphalan 2 mg tablet, Valtrex 500 mg tablet.

## Medical and Surgical History

| Date | Type | ICD-9 | ICD-10 | Problem | Comment | Status |
|------|------|-------|--------|---------|---------|--------|

*No previous treatment history has been entered for this patient.*

## Tobacco Use and Cessation Counseling
Current everyday smoker. Number of years of use: 15 years. cigarettes. Advised to Quit.

## Social History
Patient denies any changes in social history since last visit. Patient is widowed living alone. Number of children: 3.
Contraception: Patient does not use contraception.
Alcohol Use: Patient denies any prior alcohol use.
Illicit Drug Use: Denies any drug use.
Transfusion history: Patient has no history of transfusions.
Current occupation: Retired.

## Family History

| Relationship | Name | Sex | Birth Date/Age | Status | Races | Patient Reported |
|--------------|------|-----|----------------|--------|-------|------------------|
| 65656005 Natural mother | | F | | Deceased ? | | |
| 9947008 Natural father | | M | | Deceased Age 90 ? | | |

## Review Of Systems
**Constitutional Symptoms:** Patient reports: appetite is good, no fatigue, no weakness, no altered taste, no weight loss, no fevers, no chills, no diaphoresis, no night sweats, no hot flashes.
Patient report pain level: 0-1 No pain. Description of pain - 0 Not applicable
**Allergic/Immunologic:** Patient reports: no frequent or severe infections.
**Hematologic:** Patient reports: no excessive or spontaneous, bleeding or bruising.

**Lymphatics:** Patient reports: no enlarged lymph nodes.
**Eyes:** Patient reports: no blurred vision, no double vision,
**Ears, Nose, Mouth, Throat:** Patient reports: no hearing loss, no tinnitus, no sinus drainage, no mouth sores, no dry mouth.
**Cardiovascular:** Patient reports: no chest pain, no palpatations, no edema.
**Respiratory:** Patient reports: no difficulty breathing, no cough,
**Gastrointestinal:** Patient reports: no nausea, no vomiting, no dysphagia, no heartburn, no abdominal pain, no diarrhea, no constipation, no blood in stools, no melena.
**Genitourinary:** Patient reports: no dysuria, no nocturia, no hesitancy, no urgency, no incontinence, no hematuria.
**Gynecologic:** Patient reports: no abnormal vaginal bleeding, no vaginal dryness, no vaginal discharge, no pelvic pain.
**Musculoskeletal:** Patient reports: no bone pain, no myalgia, no arthralgia, no back pain, no joint swelling, no limited range of motion.
**Integumentary:** Patient reports: no rash, no pruritis, no skin lesions, no dry skin.
**Neurological:** Patient reports: no headache, no peripheral neuropathy, no focal weakness, no paralysis, no tremor, no altered consciousness, no seizures, no speech impairment, no dizziness.
**Psychiatric:** Patient reports: no nervousness, no stress, no depression, no memory loss, no confusion, no hallucinations.
**Endocrine:** Patient reports: no heat intolerance, no cold intolerance, no excessive sweating.
**Breasts:** Patient reports: no breast masses, no tenderness, no nipple discharge.

## Vital Signs
Vitals on 11/8/2023 9:58:00 AM: Height=70in, Weight=129.6lb, Temp=97.6f, SystolicBP=114, DiastolicBP=68

## Performance Status
: Fully active, able to carry on all pre-disease performance without restriction : Fully active, able to carry on all pre-disease performance without restriction ECOG 0: Fully active, able to carry on all pre-disease performance without restriction

## Physical Exam
**General:** Patient appears: in no apparent distress, well developed and well nourished, stated age.
**Head:** Atraumatic and normocephalic.
**Eyes:** No scleral icterus, and/or pallor. Conjunctiva clear. EOMs intact. Pupils equal and reactive to light.
**Ears, Nose, Mouth, Throat:** No hearing loss, no tinnitus, no sinus drainage, no dry mouth. mouth sores, Multiple dental abscesses on right and left side of the jaw
**Neck:** Thyroid is midline and normal. No lymphadenopathy present. Neck supple. Normal range of motion. No jugular venous distention.
**Cardiovascular:** Heart with regular rate and rhythm. Normal S1 and S2. S3, S4 No gallop. No rubs or clicks. No bruits. Pedal pulses present. **Chest:** No dullness to percussion. No wheezing. No chest wall tenderness. No stridor. Chest wall expansion limited. Clear no rales/rhonchi.

**Abdomen:** Soft. Non-tender. Non-distended. No palpable masses. No ascites. No hepatosplenomegaly. Bowel sounds present in all quadrants. No hernia.
**Hematologic/Lymphatic:** No cervical lymphadenopathy. No supraclavicular lymphadenopathy. No axillary lymphadenopathy. No inguinal lymphadenopathy. No petechiae. No ecchymosis.
**Skin:** No rashes. No lesions.
**Extremities:** No edema. No cyanosis. No clubbing. Discoloration none. Alert and oriented.

## Laboratory Results
Lab results on 11/8/2023: WBC=6.8 x10^3/UL, RBC=**4.09** x10^6/UL, HGB=12.6 g/dL, HCT=40.0 %, MCV=**97.9** fL, MCH=30.8 , MCHC=31.5 g/dL, RDW Ratio=14.1 %, Plat=299 x10^3/UL, MPV=7.1 fL, ANC=3.6 , Lymph#=2.5 , Mid #=0.7 , Gran%=52.3 %, Lymph%=36.8 %, Mid %=10.9 %

## Imaging Results

## Impression
Anemia
CKD
COPD
Tobacco use disorder
IgA Myeloma/Progressive disease
On daratumumab until April 2021.
Osteonecrosis of the jaw

**Primary Dx:** 10/10/2016: Multiple myeloma not having achieved remission
9/28/2016: Other iron deficiency anemiasMultiple Myeloma/Plasmacytoma (Plasma Cell Disorders) - (ISS Stage II) (Albumin:

Labs drawn: CBC, CMP. Reviewed and discussed previous lab results with patient. She was encouraged to remain active as tolerated and maintain a well balanced diet. She will continue treatment today with Bortezomib and Darzalex as per protocol. She will return to the office in about 12 weeks for a follow up.

Kathlyn Penick, PA-C
Assessment and plan were formulated in collaboration with my supervising physician, Dr. Cabeza
Continue therapy.
** Continue Surveillance.
**Order Tests: CBC,PLT,DIFF, CMP
** The diagnosis and care plan were discussed with patient in detail.
** We discussed the composition of chemotherapy regimen, length of chemo-cycle, duration of treatment and the time to assess response to treatment.
** Risks and benefits of the treatment were discussed in detail.
** We spent sufficient time to discuss many aspects of care and questions were answered to patient's satisfaction.
** Informed consent was explained to the patient and a signature was obtained prior to the procedure. The procedure was performed successfully without complication noted and a procedure note will be documented separately.
- Return for follow up in 3 months.

**Thank you for allowing me the opportunity in assisting in the care of this wonderful patient.**

Signed  _____
Kathlyn Penick on 11/8/2023 at 10:50 AM

Signed  _____
Rene Cabeza,MD on 11/9/2023 at 3:02 PM

**Mid-Florida Hematology Oncology**

805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

## Specimen Date/Time: *12/20/2023 9:13 AM* Report Status: *Final*

| | |
|---|---|
| Patient Name:   **Ware-Brown, Roxie** | DOB: 8/10/1943 |
| Patient Number: 1111113435 | Gender: Female |
| Report Date:   12/20/2023 9:13 AM | |

*Laboratory Use Only: AN: OncoEMR*

**Comments:**

| Result | Value (Previous) | Units | Range | Lab |
|---|---|---|---|---|
| **CBC** *-Final* | | | | |
| WBC | 6.5  (7.1) | x10^3/UL | 4.1 -10.9 | |
| RBC | **3.99** *Low* | x10^6/UL | 4.20 -6.13 | |
| HGB | 12.2  (12.3) | g/dL | 12.0-18.0 | |
| HCT | 37.6  (39.0) | % | 37.0-51.0 | |
| MCV | 94.2 | fL | 80.0 -97.0 | |
| MCH | 30.6 | | 26.0 -32.0 | |
| MCHC | 32.4 | g/dL | 31.0 -36.0 | |
| RDW Ratio | 14.5 | % | 11.5 -14.5 | |
| Plat | 381  (249) | x10^3/UL | 140 -440 | |
| MPV | 7.0 | fL | 0.1 -49.9 | |
| Lymph% | 34.6 | % | 10.0-58.5 | |
| Mid % | 12.0 | % | 0.1 -24.0 | |
| Gran% | 53.4 | % | 37.0-92.0 | |
| Lymph# | 2.2 | | 0.6 -4.1 | |
| Mid # | 0.8 | | 0.0 -1.8 | |
| ANC | 3.5  (3.8) | | 2.0 -7.8 | |

**-- End of Report --**

Signed By: Rene Cabeza,MD on 12/20/2023 at 9:21 AM

**Mid-Florida Hematology Oncology**
805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

## Specimen Date/Time: 12/6/2023 9:20 AM Report Status: Final

| | | |
|---|---|---|
| Patient Name:  **Ware-Brown, Roxie** | DOB: 8/10/1943 | Page: 1 |
| Patient Number: 1111113435 | Gender: Female | 12/6/2023 |
| Report Date:    12/6/2023 9:20 AM | | |

*Laboratory Use Only: AN: OncoEMR*

**Comments:**

| Result | Value (Previous) | Units | Range | Lab |
|---|---|---|---|---|
| **CBC** *-Final* | | | | |
| WBC | 7.1  (7.7) | x10^3/UL | 4.1 -10.9 | |
| RBC | **4.04** *Low* | x10^6/UL | 4.20 -6.13 | |
| HGB | 12.3  (12.7) | g/dL | 12.0-18.0 | |
| HCT | 39.0  (40.7) | % | 37.0-51.0 | |
| MCV | 96.6 | fL | 80.0 -97.0 | |
| MCH | 30.4 | | 26.0 -32.0 | |
| MCHC | 31.5 | g/dL | 31.0 -36.0 | |
| RDW Ratio | 14.0 | % | 11.5 -14.5 | |
| Plat | 249  (376) | x10^3/UL | 140 -440 | |
| MPV | 7.6 | fL | 0.1 -49.9 | |
| Lymph% | 33.0 | % | 10.0-58.5 | |
| Mid % | 14.1 | % | 0.1 -24.0 | |
| Gran% | 52.9 | % | 37.0-92.0 | |
| Lymph# | 2.3 | | 0.6 -4.1 | |
| Mid # | 1.0 | | 0.0 -1.8 | |
| ANC | 3.8  (4.5) | | 2.0 -7.8 | |

*-- End of Report --*

Signed By: Rene Cabeza,MD on 12/7/2023 at 6:14 AM

## Mid-Florida Hematology Oncology
805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

### Specimen Date/Time: 11/29/2023 11:14 AM Report Status: Final

Patient Name:  **Ware-Brown, Roxie**

Patient Number: 1111113435

Report Date:   11/29/2023 11:14 AM

DOB: 8/10/1943

Gender: Female

Page: 1

11/29/2023

*Laboratory Use Only: AN: OncoEMR, RN: OID_0661QPXTCCKR7RSW, SN: 398775*

**Comments:**

| Result | Value (Previous) | Units | Range | Lab |
|---|---|---|---|---|
| **CMP** *-Final*    *Ordered by: Rene Cabeza* | | | | |
| Albumin | 3.7 (3.8) | g/dL | 3.5-5.7 | MFHLAB-JS |
| Alk Phos | 49 (59) | U/L | 34-104 | MFHLAB-JS |
| ALT | 4 *Low* (4) | U/L | 7-52 | MFHLAB-JS |
| AST | 9 *Low* (9) | U/L | 13-39 | MFHLAB-JS |
| Total Bili | 0.6 (0.5) | mg/dL | 0.3-1.0 | MFHLAB-JS |
| BUN | 13 (12) | mg/dL | 7-25 | MFHLAB-JS |
| Calcium | 9.3 (9.3) | mg/dL | 8.6-10.3 | MFHLAB-JS |
| Chloride | 104 | mEq/L | 98-107 | MFHLAB-JS |
| CO2 | 25 | mEq/L | 21-31 | MFHLAB-JS |
| Creat | 0.77 (0.83) | mg/dL | 0.60-1.30 | MFHLAB-JS |
| Glucose | **153** *High* (160) | mg/dL | 70-105 | MFHLAB-JS |
| T-PRO | 6.9 | g/dL | 6.4-8.9 | MFHLAB-JS |
| Sodium | 140 (141) | mEq/L | 136-145 | MFHLAB-JS |
| Potassium | 4.2 (4.2) | mEq/L | 3.5-5.1 | MFHLAB-JS |
| Globulin | 3.2 | g/dL | 1.7-3.7 | MFHLAB-JS |
| A/G | 1.2 | Ratio | 1.1-2.9 | MFHLAB-JS |
| BUN/Creat Ratio (calc.) | 16.9 | Ratio | 10.0-28.0 | MFHLAB-JS |
| e-GFR (calc.) | 72.1 | mL/min/1.73 m2 | >60.0 | MFHLAB-JS |
| **phosphorous** *-Final*    *Ordered by: Rene Cabeza* | | | | |
| Phosphorus | 3.5 (3.5) | mg/dL | 2.5-5.0 | MFHLAB-JS |
| **Cystatin C** *-Final*    *Ordered by: Rene Cabeza* | | | | |
| Cystatin C | 1.17 *High* | mg/L | 0.50-1.16 | MFHLAB-JS |

*-- End of Report --*

Signed By: Rene Cabeza,MD on 11/29/2023 at 4:16 PM

## Mid-Florida Hematology Oncology

805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

### Specimen Date/Time: 11/29/2023 9:21 AM Report Status: Final

Patient Name:   **Ware-Brown, Roxie**

Patient Number: 1111113435

Report Date:    11/29/2023 9:21 AM

*Laboratory Use Only: AN: OncoEMR*

DOB: 8/10/1943

Gender: Female

Page: 1

11/29/2023

**Comments:**

| Result | Value (Previous) | Units | Range | Lab |
|---|---|---|---|---|
| **CBC** *-Final* | | | | |
| WBC | 7.7  (7.0) | x10^3/UL | 4.1 -10.9 | |
| RBC | **4.18** *Low* | x10^6/UL | 4.20 -6.13 | |
| HGB | 12.7  (13.4) | g/dL | 12.0-18.0 | |
| HCT | 40.7  (42.2) | % | 37.0-51.0 | |
| MCV | **97.3** *High* | fL | 80.0 -97.0 | |
| MCH | 30.4 | | 26.0 -32.0 | |
| MCHC | 31.2 | g/dL | 31.0 -36.0 | |
| RDW Ratio | 13.4 | % | 11.5 -14.5 | |
| Plat | 376  (242) | x10^3/UL | 140 -440 | |
| MPV | 7.0 | fL | 0.1 -49.9 | |
| Lymph% | 30.3 | % | 10.0-58.5 | |
| Mid % | 10.8 | % | 0.1 -24.0 | |
| Gran% | 58.9 | % | 37.0-92.0 | |
| Lymph# | 2.3 | | 0.6 -4.1 | |
| Mid # | 0.8 | | 0.0 -1.8 | |
| ANC | 4.5  (3.9) | | 2.0 -7.8 | |

*-- End of Report --*

Signed By: Rene Cabeza,MD on 11/29/2023 at 4:07 PM

**Mid-Florida Hematology Oncology**
805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

## *Specimen Date/Time: 11/15/2023 9:53 AM* Report Status: Final

Patient Name:  **Ware-Brown, Roxie**

Patient Number: 1111113435

Report Date:    11/15/2023 9:53 AM

*Laboratory Use Only: AN: OncoEMR*

DOB: 8/10/1943                   Page: 1

Gender: Female                   11/15/2023

**Comments:**

| Result | Value (Previous) | Units | Range | Lab |
|---|---|---|---|---|
| **CBC** *-Final* | | | | |
| WBC | 7.0  (6.8) | x10^3/UL | 4.1 -10.9 | |
| RBC | 4.38 | x10^6/UL | 4.20 -6.13 | |
| HGB | 13.4 (12.6) | g/dL | 12.0-18.0 | |
| HCT | 42.2 (40.0) | % | 37.0-51.0 | |
| MCV | 96.3 | fL | 80.0 -97.0 | |
| MCH | 30.6 | | 26.0 -32.0 | |
| MCHC | 31.8 | g/dL | 31.0 -36.0 | |
| RDW Ratio | 13.4 | % | 11.5 -14.5 | |
| Plat | 242  (299) | x10^3/UL | 140 -440 | |
| MPV | 7.7 | fL | 0.1 -49.9 | |
| Lymph% | 30.3 | % | 10.0-58.5 | |
| Mid % | 14.7 | % | 0.1 -24.0 | |
| Gran% | 55.0 | % | 37.0-92.0 | |
| Lymph# | 2.1 | | 0.6 -4.1 | |
| Mid # | 1.0 | | 0.0 -1.8 | |
| ANC | 3.9 (3.6) | | 2.0 -7.8 | |
| *-- End of Report --* | | | | |

Signed By: Rene Cabeza,MD on 11/16/2023 at 11:28 AM

# Mid-Florida Hematology Oncology

805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

## Specimen Date/Time: 11/8/2023 10:36 AM Report Status: Final

Patient Name:  **Ware-Brown, Roxie**

Patient Number: 1111113435

Report Date:    11/8/2023 10:36 AM

DOB: 8/10/1943

Gender: Female

Page: 1

11/8/2023

*Laboratory Use Only: AN: OncoEMR, RN: OID_065TZ4V4NFQVX79T, SN: 396851*

**Comments:**

| Result | Value (Previous) | Units | Range | Lab |
|---|---|---|---|---|
| **CMP** -*Final*    *Ordered by: Rene Cabeza* | | | | |
| Albumin | 3.8 (3.9) | g/dL | 3.5-5.7 | MFHLAB-JS |
| Alk Phos | 59 (53) | U/L | 34-104 | MFHLAB-JS |
| ALT | 4 *Low* (6) | U/L | 7-52 | MFHLAB-JS |
| AST | 9 *Low* (11) | U/L | 13-39 | MFHLAB-JS |
| Total Bili | 0.5 (0.7) | mg/dL | 0.3-1.0 | MFHLAB-JS |
| BUN | 12 (13) | mg/dL | 7-25 | MFHLAB-JS |
| Calcium | 9.3 (9.6) | mg/dL | 8.6-10.3 | MFHLAB-JS |
| Chloride | 104 | mEq/L | 98-107 | MFHLAB-JS |
| CO2 | 28 | mEq/L | 21-31 | MFHLAB-JS |
| Creat | 0.83 (0.90) | mg/dL | 0.60-1.30 | MFHLAB-JS |
| Glucose | 160 *High* (106) | mg/dL | 70-105 | MFHLAB-JS |
| T-PRO | 6.8 | g/dL | 6.4-8.9 | MFHLAB-JS |
| Sodium | 141 (137) | mEq/L | 136-145 | MFHLAB-JS |
| Potassium | 4.2 (4.3) | mEq/L | 3.5-5.1 | MFHLAB-JS |
| Globulin | 3.0 | g/dL | 1.7-3.7 | MFHLAB-JS |
| A/G | 1.3 | Ratio | 1.1-2.9 | MFHLAB-JS |
| BUN/Creat Ratio (calc.) | 14.5 | Ratio | 10.0-28.0 | MFHLAB-JS |
| e-GFR (calc.) | 66.1 | mL/min/1.73 m2 | >60.0 | MFHLAB-JS |
| | | | | |
| **phosphorous** -*Final*    *Ordered by: Rene Cabeza* | | | | |
| Phosphorus | 3.5 (3.7) | mg/dL | 2.5-5.0 | MFHLAB-JS |
| | | | | |
| **Cystatin C** -*Final*    *Ordered by: Rene Cabeza* | | | | |
| Cystatin C | 1.28 *High* | mg/L | 0.50-1.16 | MFHLAB-JS |

-- *End of Report* --

Signed By: Rene Cabeza, MD on 11/13/2023 at 7:10 AM

**Mid-Florida Hematology Oncology**
805 North Spring Garden Ave, DeLand, FL 32720
Phone: (386) 734-1013 Fax: (386) 734-1028

## *Specimen Date/Time: 11/8/2023 10:05 AM* Report Status: Final

Patient Name:  **Ware-Brown, Roxie**

Patient Number: 1111113435

Report Date:    11/8/2023 10:05 AM

*Laboratory Use Only: AN: OncoEMR*

DOB: 8/10/1943

Gender: Female

Page: 1

11/8/2023

Comments:

| Result | Value (Previous) | Units | Range | Lab |
|--------|------------------|-------|-------|-----|
| **CBC** *-Final* | | | | |
| WBC | 6.8  (5.7) | x10^3/UL | 4.1 -10.9 | |
| RBC | **4.09** *Low* | x10^6/UL | 4.20 -6.13 | |
| HGB | 12.6  (13.4) | g/dL | 12.0-18.0 | |
| HCT | 40.0  (41.2) | % | 37.0-51.0 | |
| MCV | **97.9** *High* | fL | 80.0 -97.0 | |
| MCH | 30.8 | | 26.0 -32.0 | |
| MCHC | 31.5 | g/dL | 31.0 -36.0 | |
| RDW Ratio | 14.1 | % | 11.5 -14.5 | |
| Plat | 299  (253) | x10^3/UL | 140 -440 | |
| MPV | 7.1 | fL | 0.1 -49.9 | |
| Lymph% | 36.8 | % | 10.0-58.5 | |
| Mid % | 10.9 | % | 0.1 -24.0 | |
| Gran% | 52.3 | % | 37.0-92.0 | |
| Lymph# | 2.5 | | 0.6 -4.1 | |
| Mid # | 0.7 | | 0.0 -1.8 | |
| ANC | 3.6  (3.7) | | 2.0 -7.8 | |
| **-- End of Report --** | | | | |

Signed By: Kathlyn Penick on 11/8/2023 at 10:28 AM

"Exhibit C"

```
RBKA4   540*23  *              SENTENCE MONITORING            *      04-12-2023
PAGE 001         *               COMPUTATION DATA             *      13:49:05
                                AS OF 04-12-2023


REGNO..: 16492-067 NAME: BROWN, STEVEN C


FBI NO...........: 114288FB0          DATE OF BIRTH: 06-27-1979  AGE:  43
ARS1.............: RBK/A-DES
UNIT.............: 2 GP                QUARTERS.....: M04-131L
DETAINERS........: NO                  NOTIFICATIONS: YES

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-01-2037

FINAL STATUTORY RELEASE FOR INMATE.: 01-20-2038 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 110  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 10-02-2037 VIA FSA REL


--------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: S12 15-CR-00608-KPF-
JUDGE...........................: POLK FAILLA
DATE SENTENCED/PROBATION IMPOSED: 12-22-2021
DATE COMMITTED..................: 03-31-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $6,445.00

 REMARKS.......: S12 15-CR-00608-KPF-12










G0002       MORE PAGES TO FOLLOW . . .
```

```
RBKA4  540*23  *          SENTENCE MONITORING          *      04-12-2023
PAGE 002          *          COMPUTATION DATA           *      13:49:05
                             AS OF 04-12-2023


  REGNO..: 16492-067 NAME: BROWN, STEVEN C



  ------------------------CURRENT OBLIGATION NO: 010 ------------------------
  OFFENSE CODE....:  379     21:848 CONT CRIMINL ENTERPRS
  OFF/CHG: 21:848(E), 21:841(B)(1)(A) MURDER IN CONNENCTION WITH A DRUG
          TRAFFICKING OFFENSE CT 3.

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   260 MONTHS
   TERM OF SUPERVISION............:     5 YEARS
   DATE OF OFFENSE................: 08-02-2009

  ------------------------CURRENT COMPUTATION NO: 020 ------------------------

  COMPUTATION 020 WAS LAST UPDATED ON 04-12-2022 AT DSC AUTOMATICALLY
  COMPUTATION CERTIFIED ON 04-14-2022 BY DESIG/SENTENCE COMPUTATION CTR

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  CURRENT COMPUTATION 020: 020 010

  DATE COMPUTATION BEGAN..........: 12-22-2021
  TOTAL TERM IN EFFECT............:   260 MONTHS
  TOTAL TERM IN EFFECT CONVERTED..:    21 YEARS      8 MONTHS
  EARLIEST DATE OF OFFENSE........: 08-02-2009

  JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                      08-05-2019     12-21-2021

  TOTAL PRIOR CREDIT TIME.........: 870
  TOTAL INOPERATIVE TIME..........: 0
  TOTAL GCT EARNED AND PROJECTED..: 1169
  TOTAL GCT EARNED................: 162
  STATUTORY RELEASE DATE PROJECTED: 01-20-2038
  ELDERLY OFFENDER TWO THIRDS DATE: 01-13-2034
  EXPIRATION FULL TERM DATE.......: 04-03-2041
  TIME SERVED.....................:     3 YEARS      8 MONTHS      8 DAYS
  PERCENTAGE OF FULL TERM SERVED..: 17.0
  PERCENT OF STATUTORY TERM SERVED: 19.9







  G0002       MORE PAGES TO FOLLOW . . .
```

```
 RBKA4  540*23 *          SENTENCE MONITORING           *      04-12-2023
PAGE 003          *          COMPUTATION DATA           *      13:49:05
                                AS OF 04-12-2023

REGNO..: 16492-067 NAME: BROWN, STEVEN C


PROJECTED SATISFACTION DATE.....: 10-02-2037
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 110

REMARKS.......: JAIL CREDIT UPDT D/KNM.
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
RBKA4  540*23 *            SENTENCE MONITORING        *    04-12-2023
PAGE 004 OF 004 *          COMPUTATION DATA           *     13:49:05
                           AS OF 04-12-2023
```

REGNO..: 16492-067 NAME: BROWN, STEVEN C


```
---------------------------- CURRENT NOTIFIES: -----------------------------
```

```
NOTIFY NO....: 002
DATE RECEIVED: 04-28-2022
NAME OR TITLE: MCKENZIE TRUBRIDGE
AUTHORITY....: NYS DOCCS PAROLE INTERSTARE BUREAU
ADDRESS......: 1220 WASHINGTON AVENUE
               ALBANY, NY 12226
PHONE NUMBER.: (518) 457-7566
REMARKS......: MAX EXP DATE 08-18-2023
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:16492-067, Last Name:BROWN

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 16492-067 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (21) |
|   Last.........: BROWN |   Violent Level......: R-LW (17) |
|   First........: STEVEN | Security Level Inmate: MEDIUM |
|   Middle.......: C | Security Level Facl..: MEDIUM |
|   Suffix.......: | Responsible Facility.: RBK |
| Gender.........: MALE | Start Incarceration..: 12/22/2021 |

### PATTERN Worksheet Summary

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 43 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 6 | 16 | 6 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 5 | 5 | 10 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 3 | -6 | -2 |
| Work Programs | 0 | 0 | 0 |
| | | Total  21 | 17 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 3

General Score: -6, Violent Score: -2

Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| EDC | FIN TECH | 12/23/2022 12:33 | 12/23/2022 12:33 |
| EDC | BLACK HIST | 02/16/2023 19:00 | 02/16/2023 19:00 |
| WSP | PAR NATLC | 02/16/2023 14:09 | 02/16/2023 14:09 |

----------------------------------------------------------------------------

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data

  No Data

## FSA Needs Reassessment

Register Number:16492-067, Last Name:BROWN

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 16492-067 | Responsible Facility: RBK |
| Inmate Name | Assessment Date.....: 04/10/2023 |
|   Last.........: BROWN | |
|   First........: STEVEN | |
|   Middle.......: C | |
|   Suffix.......: | |
| Gender........: MALE | |

### Needs Reassessment Worksheet Summary

| Need Area | - Before/After - | Assignment - | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV N | NEED - COGNITIONS NO |
| | After | N-COGNTV N | NEED - COGNITIONS NO |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR Y | NEED - FAMILY/PARENTING YES |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA Y | NEED - TRAUMA YES |
| | After | N-TRAUMA Y | NEED - TRAUMA YES |
| Work | Before | N-WORK Y | NEED - WORK YES |
| | After | N-WORK Y | NEED - WORK YES |

### Needs Reassessment Worksheet Details

Need Area: Anger/Hostility, Assignment: N-ANGER N

  No Data
--------------------------------------------------------------------------------
Need Area: Antisocial Peers, Assignment: N-ANTISO N

  No Data
--------------------------------------------------------------------------------
Need Area: Cognitions, Assignment: N-COGNTV N

  No Data

**FSA Needs Reassessment**

Register Number:16492-067, Last Name:BROWN

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Need Area: Education, Assignment: N-EDUC N

  Category - Assignment - Start          - Stop

  EDI          GED EARNED    09/03/2013 08:37

----------------------------------------------------------------------------

Need Area: Family/Parenting, Assignment: N-FM/PAR N

  Category - Assignment - Start          - Stop

  WSP          PAR NATLC     02/16/2023 14:09   02/16/2023 14:09

  Source: PPG6, Tag: familyCommunityTies, Value: 4

----------------------------------------------------------------------------

Need Area: Finance/Poverty, Assignment: N-FIN PV N

  No Data

----------------------------------------------------------------------------

Need Area: Medical, Assignment: N-MEDICL N

  Category - Assignment - Start          - Stop

  CAR          CARE1         08/17/2010 10:00

----------------------------------------------------------------------------

Need Area: Mental Health, Assignment: N-M HLTH N

  No Data

----------------------------------------------------------------------------

Need Area: Recreation/Leisure/Fitness, Assignment: N-RLF N

  No Data

----------------------------------------------------------------------------

Need Area: Substance Abuse, Assignment: N-SUB AB N

  No Data

----------------------------------------------------------------------------

Need Area: Trauma, Assignment: N-TRAUMA Y

  Category - Assignment - Start          - Stop

  PTP          RSW WAIT      10/21/2022 11:52

----------------------------------------------------------------------------

Need Area: Work, Assignment: N-WORK Y

  No Data

Assessment Date: 04/10/2023                    (2)        Assessment# 1cbcd1e2-2ac2-42ae-923f-94f820602797

## FSA Time Credit Assessment

Register Number:16492-067, Last Name:BROWN

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 16492-067 | Responsible Facility: RBK |
| Inmate Name | Assessment Date.....: 03-25-2023 |
|   Last............: BROWN | Period Start/Stop...: 03-31-2022 to 03-25-2023 |
|   First...........: STEVEN | Accrued Pgm Days....: 359 |
|   Middle..........: C | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 110 |
| Start Incarceration: 12-22-2021 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-31-2022 | 03-25-2023 | accrue | 359 |

  Accrued Pgm Days...: 359
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 110

--- FSA Assessment ------------------------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 03-31-2022 | 04-28-2022 | ACTUAL | FSA R-MED | 04-25-2022 1258 | 10 |
| 002 | 04-28-2022 | 10-25-2022 | ACTUAL | FSA R-MED | 04-25-2022 1258 | 10 |
| 003 | 10-25-2022 | 04-23-2023 | ACTUAL | FSA R-LW | 10-17-2022 0901 | 10 |

USMP3
SDNY

FREEDOM FREEDOM FREEDOM FREEDOM FREEDOM

DC ND 086
2024 PM

Steven Brown 16492-067
Federal Correctional Institut
PO Box 2000
Joint Base MDL, NJ
08640

RECEIVED
MAY 06 2024
CLERK'S OFFICE
SDNY

US District Court
Office of the Clerk
500 Pearl St.
Room 120
New York, NY

10007-1312