UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>STEVEN BROWN,<br><br>                    Defendant. | 15 Cr. 608 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Steven Brown's *pro se* Motion for Compassionate Release. (Dkt. #660). In reviewing the motion, the Court finds that Mr. Brown would benefit from the appointment of CJA counsel. As such, and assuming that there are no conflicts, the Court hereby appoints Jenna Dabbs as CJA counsel.

Ms. Dabbs is directed to confer with Mr. Brown regarding his motion as soon as possible, and to file a supplemental submission on or before **August 10, 2024**. The Government's response shall be due on or before **September 13, 2024**. There shall be no reply brief unless the Court requests one.

The Clerk of Court is directed to mail a copy of this Order to Mr. Brown at the following address:

    Steven Brown
    Reg. No. 16492-067
    Federal Correctional Institute
    P.O. Box. 2000
    Joint Base MDL, NJ 08640

Dated: May 10, 2024
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE