UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>STEVEN BROWN,<br><br>                    Defendant. | 15 Cr. 608-12 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the fact that CJA counsel was only recently made aware of her appointment, Ms. Dabbs is directed to confer with Mr. Brown regarding his motion as soon as possible, and to file a supplemental submission on or before **October 30, 2024**. The Government's response shall be due on or before **November 20, 2024**. There shall be no reply brief unless the Court requests one. The Clerk of Court is directed to mail a copy of this Order to Mr. Brown at the following address: Steven Brown, Reg. No. 16492-067, Federal Correctional Institute, P.O. Box. 2000, Joint Base MDL, NJ 08640.

SO ORDERED.

Dated: August 12, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge