# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL      929.294.2540
DIRECT EMAIL    jdabbs@heckerfink.com

October 29, 2024

**BY CM/ECF**

Judge Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:     *United States v. Steven Brown*, No. 15 Cr. 608-12 (S.D.N.Y.)

Dear Judge Failla:

On or about August 12, 2024, I was appointed as CJA counsel for Steven Brown in connection with his Pro Se Motion for Compassionate Release (the "Motion"). *See* ECF No. 660. By Order of the same date, a deadline of October 30, 2024 was set for the filing of a supplemental submission on Mr. Brown's behalf. ECF No. 663.

We have since conferred with Mr. Brown in an effort to supplement the Motion, and in that process, we have come to learn that Mr. Brown's mother, Roxie Ware-Brown, has unfortunately succumbed to the ailments described in the Motion. Because the principal grounds for the Motion rest on Mr. Brown's previous status as the "only available caregiver for his ailing mother," ECF No. 660 at 1, we respectfully submit that the Motion has been mooted by Mrs. Ware-Brown's death.

In light of the foregoing and on behalf of Mr. Brown, we respectfully move to withdraw the Motion currently docketed at ECF No. 660 and respectfully request that the Court vacate the October 30, 2024 deadline for a supplemental submission. We are in the process of exploring with Mr. Brown whether there are any alternative grounds for a new motion for the same relief, and we will proceed accordingly on his behalf depending on the outcome of that work.

**Hecker Fink LLP**                                                        2

Sincerely,

Jenna M. Dabbs
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
jdabbs@heckerfink.com

*Attorney for Steven Brown*

CC: Scott A. Hartman, Esq. (by CM/ECF)
U.S. Attorney's Office, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 10007
Telephone: (212) 637-2357
scott.hartman@usdoj.gov

Application GRANTED.  In light of counsel's representations, the *Pro Se*
Motion for Compassionate Release is mooted.  The Court is sorry to hear
about the passing of Ms. Ware-Brown.

The Clerk of Court is directed to terminate the pending motion at docket
entry 660.

Dated:     October 30, 2024          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE